WENNINGER, Administratrix, Respondent, vs. WITT, Appellant.

*April 7—May 12, 1931.*

*Frank H. Hannaford* of Milwaukee, for the appellant.

For the respondent there was a brief by *Gold & McCann* of Milwaukee, and oral argument by *Ray T. McCann*.

ROSENBERRY, C. J.   The defendant seems to be under the impression that the civil court could not properly find the defendant guilty of negligence in driving his tractor upon a public highway late in the afternoon of a wintry day unless it found that by statute the defendant was required to carry a light upon the tractor.   That one may be guilty of a want of ordinary care in failing to disclose the presence of an object such as a Fordson tractor under the conditions as they existed at the time and place in question, although the statute does not specifically require a light to be carried, seems to be too plain for argument.   It is not necessary for the de-

fendant to be guilty as a matter of law; it is sufficient if he is guilty as a matter of fact. As the circuit court held, the evidence was ample to sustain the finding of the civil court irrespective of whether or not the statute requires a light upon the tractor. The fact that the statute does not absolutely require a light is no excuse for failure to exercise ordinary care. It simply leaves the question of liability open to be determined upon the facts of each case.

*By the Court.*—Judgment affirmed.